DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD COBBS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1953

[October 25, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 13-4100 CF10A, 14-1684 CF 10A, 14-4474 CF 10A.

Edward Cobbs, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***